FILED
2013 Mar-27 PM 02:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form |M|

# In the United States District Court
# For the Northern District of Alabama

*2013 MAR 27 P 12: 30*

Richardo S. Eason AIS#269961

CV-13-HS-0576-M

_____

_____

_____

(Enter above the full name(s) of the
plaintiff(s) in this action.)

v

Warden III Carter Davenport,
Warden II Joseph Headley, Warden I
Patrice Richie, Captain Gary Malone,
Lieutenant Jerome Gray, Sergenant

(Enter above full name(s) of the
defendant(s) in this action)

I.   Previous lawsuits

    A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

    B.   If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit

            Plaintiff(s): _____ N/A _____

            Defendant(s) _____ N/A _____

        2.   Court (if Federal Court, name the district; if State Court, name the county)

            _____ N/A _____

        3.   Docket Number _____ N/A _____

        4.   Name of judge to whom case was assigned _____ N/A _____

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____ N/A _____

_____

6.   Approximate date of filing lawsuit _____ N/A _____

7.   Approximate date of disposition _____ N/A _____

II.   Place of present confinement _St. Clair Correctional Facility_

A.   Is there a prisoner grievance procedure in this institution?
Yes  ( )     No  ☒

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes  ( )     No  ☒

C.   If your answer is YES:

1.   What steps did you take? ___ N/A _____

_____

2.   What was the result? ___ N/A _____

_____

D.   If your answer is NO, explain why not? _There is no Prisoner Grievance Procedure in the Alabama Department of Corrections. However I did write a formal letter to each Warden and the Captain regarding the officers and Supervisors Conduct._

III.   Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff(s) _Richardo Eason #269916 St. Clair Correctional Facility_

Address _1000 St. Clair Road, Springville, Alabama 35146_

-2-

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B.   Defendant _Warden III Carter Davenport_

is employed as _Correctional Warden III_

at _St. Clair Correctional Facility for the A.D.O.C_

C.   Additional Defendants _Warden II Joseph Headley; Warden I;_
_Patrice Richie; Captain Gary Malone; Lieutenant Jerome_
_Gray; Sergeant Reginald Cook; Co I JaMicheal Howard;_
_Co I Taylor Knight; Co I Chad Cleveland_

IV.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On Febuary 28th, 2013 at St. Clair Correctional Facility in the Segregation Unit. While housed in D1 Block, Officer J. Howard was assigned to D-Block Cubical. Officers T. Knight and C. Cleveland were rovers assigned to shower inmates in D Block. When it was my time to be placed in the shower; officer Chad Cleveland placed the handcuffs on me through my tray hole of cell door. Officer J. Howard rolled my cell door; Officer Cleveland gave me permission to walk to another inmate cell to get a bar of soap to shower with. At the same time Officer J. Howard left his assigned post by coming out of the cube. He walked down the stairs toward me saying What was that Shit you were talking earlier,

then officer J. Howard punched me in the face several times, then he along with officers Knight and Cleveland slammed me to the floor. Although I was handcuffed to the front of my body I never offered any physical resistance.

V.   RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant the Plaintiff a Declaration that the Acts and Omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States. Compensatory damages in the amount of $5,000 against each Defendant jointly and severally; Punitive damages in the amount of $7,500 against each defendant; a Jury Trial on all issues triable by a Jury; Plaintiff costs in this suit; and any additional relief this Court deems just, proper and equitable.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 18th 2013__
                    (date)

Richardo S. Eason #269961
St. Clair Correctional Facility
1000 St. Clair Road
Springville, Alabama 35146
Cell - D - #1


Richardo S. Eason #269961   "
Signature(s)

- 4 -

1). Defendants at all times mentioned in this cud act under the color of State Law.

2.) Defendant Warden III, Carter Davenport is being sued in his individual and official capacity for violating the plaintiffs Eighth and Fourteenth Amendments rights to the United States Constitution whereas he acted with deliberate indifference to the risk of abuse.

3). Defendant Warden II, Joseph Headley is being sued in his individual and official capacity for violating the plaintiffs Eighth and Fourteenth Amendments rights to the United States Constitution whereas he acted with deliberate indifference to the risk of abuse.

4). Defendant Warden I, Patrice Richie is being sued in her individual and official capacity for violating the plaintiffs Eighth and Fourteenth Amendments rights to the United States Constitution whereas she acted with deliberate indifference to the risk of abuse.

i). Denfendant Captain Gary Malone is being sued in his individual and official capacity for violating the plaintiffs Eighth and Fourteenth Amendment rights to the United States Constitution whereas he acted with deliberate indifference to the risk of abuse.

i. Defendant Lieutenant Jerome Gray is being sued in his individual and official capacity for violating the plaintiffs Eighth and Fourteenth Amendments rights to the United States Constitution whereas he acted with deliberate indifference to the risk of abuse.

(5).

<u>Defendants Continued</u>

7). Defendant Sergeant Reginald Cook is being sued in his individual and official capacity for violating the plaintiff's Eighth and Fourteenth Amendment rights to the United States Constitution whereas he acted with deliberate indifference to the risk of abuse.

8). Defendant JaMicheal Howard is being sued in his individual and official capacity for violating the plaintiff's Eighth Amendment right to be free from the unnecessary use of force under the Eighth Amendment of the United States Constitution.

9). Defendant Chad Cleveland is being sued in his individual and official capacity for violating the plaintiff's Eighth Amendment right to be free from the unnecessary use of force under the Eighth Amendment of the United States Constitution.

10). Defendant Taylor Knight is being sued in his individual and official capacity for violating the plaintiff's Eighth Amendment right to be free from the unnecessary use of force under the Eighth Amendment of the United States Constitution.

(6).