# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| RICHARDO S. EASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:13-cv-00576-VEH-SGC |
| | ) |
| WARDEN III CARTER DAVENPORT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 23, 2014, the magistrate judge filed a Report and Recommendation, recommending Plaintiff's supervisory liability claims against Defendants Davenport, Headley, Richie, Malone, Gray, and Cook be dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 7.) The magistrate judge further recommended Plaintiff's Eighth Amendment excessive force claims against Defendants Howard, Knight, and Cleveland be referred to the magistrate judge for further proceedings. (*Id.*) The deadline for filing objections was May 8, 2014. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED,** and the magistrate

judge's recommendation is **ACCEPTED**. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiff's claims in this action, except his Eighth Amendment excessive force claims, are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. It is further **ORDERED** that Plaintiff's Eighth Amendment excessive force claims against Defendants Howard, Knight, and Cleveland are **REFERRED** to the magistrate judge for further proceedings.

      **DONE** this 19th day of May, 2014.

                                                    **VIRGINIA EMERSON HOPKINS**
                                                    United States District Judge