# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| RICHARDO S. EASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-cv-00576-VEH-SGC |
| ) | |
| WARDEN III CARTER DAVENPORT, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on September 4, 2015, recommending that the defendants' motion for summary judgment be granted and this action be dismissed with prejudice. (Doc. 25). No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion the magistrate judge's report is due to be and is hereby **ADOPTED** and her recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** there are no genuine issues of material fact and the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment (Doc. 24) is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**.

A final judgment will be entered.

**DONE** this 30th day of September, 2015.

                                                                         _____
                                                                         **VIRGINIA EMERSON HOPKINS**
                                                                         United States District Judge